# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

RE: Anita Bethene Wells

Case #17- \2000
Chapter 13

## CHAPTER 13 PLAN
### 100% Plan

DEBTOR TO PAY $275 BIWEEKLY BY WAGE ASSIGNMENT FOR 5 YEARS FOR THE BENEFIT OF HER CREDITORS. PAYMENTS TO BE FROM DEBTOR'S PAYCHECKS FROM "CORRECT CARE SOLUTIONS, LLC." FILING FEE OF $310 AND ATTORNEY'S FEES OF $2,200 TO BE PAID THROUGH THE PLAN.

GM FINANCIAL FULLY SECURED WITH A LIEN ON DEBTOR'S 2014 FORD FOCUS, WHICH LIEN IS UNAFFECTED BY PLAN. GM FINANCIAL TO RECEIVE PRINCIPAL BALANCE IN FULL WITH 5% SIMPLE ANNUAL INTEREST, AND TO RECEIVE ADEQUATE PROTECTION PAYMENTS OF $268 MONTHLY UNTIL ALL ADMINISTRATIVE EXPENSES ARE PAID IN FULL.

DEBTOR HAS SCHOOL LOAN DEBT WITH GREAT LAKES HIGHER EDUCATION AND NELNET. DEBTOR TO CONTINUE TO PAY THOSE CREDITORS AS CONTRACTED WITH DIRECT PAYMENTS OUTSIDE THE PLAN.

UNSECURED CREDITORS TO RECEIVE PRINCIPAL BALANCES IN FULL WITHOUT INTEREST OVER THE LIFE OF THE PLAN.

_Anita Bethene Wells_  5/27/2017
Anita Bethene Wells                    Date

_M: R_
Michael J. Rynes                       Date 6.1.17
Attorney for Debtor