UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

RE: Anita Bethene Wells

Chapter 13
Case #17-12000

## FIRST AMENDED CHAPTER 13 PLAN
100% PLAN

DEBTOR TO PAY **$287 BIWEEKLY** BY WAGE ASSIGNMENT FOR 5 YEARS FOR THE BENEFIT OF HER CREDITORS. PAYMENTS TO BE DEDUCTED FROM DEBTOR'S PAYCHECKS FROM "CORRECT CARE SOLUTIONS, LLC." FILING FEE OF $310 AND ATTORNEY'S FEES OF $2,200 TO BE PAID THROUGH THE PLAN.

GM FINANCIAL FULLY SECURED WITH A LIEN ON DEBTOR'S 2014 FORD FOCUS, WHICH LIEN IS UNAFFECTED BY PLAN. GM FINANCIAL TO RECEIVE PRINCIPAL BALANCE IN FULL WITH 5% SIMPLE ANNUAL INTEREST, AND TO RECEIVE ADEQUATE PROTECTION PAYMENTS OF $268 MONTHLY UNTIL ALL ADMINISTRATIVE EXPENSES ARE PAID IN FULL.

DEBTOR HAS SCHOOL LOAN DEBT WITH GREAT LAKES HIGHER EDUCATION AND NELNET. DEBTOR TO CONTINUE TO PAY THOSE CREDITORS AS CONTRACTED WITH DIRECT PAYMENTS OUTSIDE THE PLAN.

UNSECURED CREDITORS TO RECEIVE PRINCIPAL BALANCES IN FULL WITHOUT INTEREST OVER THE LIFE OF THE PLAN.

_____  8-2-17
Anita Bethene Wells              Date

_____  8.7.17
Michael J. Rynes                 Date
Attorney for Debtor

RECEIVED AUG 07